Tara Zabehi (SBN 314706)
tara@calljustice.com
Brittany Shaw (SBN 331773)
brittany@calljustice.com
Jacquelyn Silva (SBN 342302)
jacquelyn@calljustice.com
**LAWYERS for JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020 / Facsimile: (818) 265-1021

*Attorneys for* Plaintiff

Ellen M. Bronchetti (SBN 226975)
ellen.bronchetti@gtlaw.com
**GREENBERG TRAURIG, LLP**
12760 High Bluff Drive, Suite 240
San Diego, CA 92130
Telephone: (619) 848.2523 / Facsimile: (949) 732.6501

*Attorney for* Defendant

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ZIMMERMAN, individually, and on behalf of other members of the general public similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> COOLSYS LIGHT COMMERCIAL SOLUTIONS, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 2:24-CV-01045-DJC-CSK <br><br> Honorable Daniel J. Calabretta <br> Courtroom 10 <br><br> **STIPULATION TO REMAND ACTION TO STATE COURT** <br><br> [*Sacramento County Superior Court* Case No. 24CV002176] <br><br> Action Filed: February 5, 2024 <br> Trial Date: None set |

1  Plaintiff Joshua Zimmerman ("Plaintiff"), individually and on behalf of other members of the general public similarly situated, and Defendant Coolsys Light Commercial Solutions, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, and hereby stipulate as follows:

**WHEREAS**, on or about April 8, 2024, Defendant filed its Notice of Removal, removing this case from Sacramento Superior Court to this Court pursuant to 28 U.S.C. sections 1332, 1441, 1446, and 1453. (Docket No. 1).

**WHEREAS**, in response to Defendant's Notice of Removal, Plaintiff sent Defendant a meet and confer letter on April 24, 2024, requesting that Defendant stipulate to remand this action to State Court.

**WHEREAS**, on April 29, 2024, Defendant agreed to stipulate to the remand.

**THEREFORE**, it is hereby stipulated and agreed by and between the undersigned Parties, through their respective counsel, that this case shall be remanded to the Superior Court of the State of California for the County of Sacramento, Case No. 24CV002176, where Plaintiff initially filed this case on February 5, 2024.

Date: May 1, 2024                                             Respectfully submitted,

**LAWYERS *for* JUSTICE, PC**

By:  */s/ Jacquelyn Silva*
     Jacquelyn Silva
     *Attorneys for* Plaintiff

Date: May 1, 2024                                             Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By:  */s/ Ellen M. Bronchetti*
     Ellen M. Bronchetti
     *Attorney for* Defendant

**ORDER**

The Court, having reviewed the Parties' Stipulation to Remand Case to State Court ("Stipulation"), and good cause shown, orders as follows:

1. The Parties' Stipulation is approved.

2. This case shall be remanded to the Superior Court of the State of California for the County of Sacramento, Case No. 24CV002176.

3. The Clerk of Court shall serve the Superior Court of the State of California for the County of Sacramento with a copy of this Order.

**IT IS SO ORDERED.**

Date: May 2, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203